**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**ANTONIO S. BROWN**                                                                    **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO: 5:14-cv-113-DCB-MTP**

**DEWAYNE HOLMES, ET AL.**                                                  **DEFENDANT**

<u>**ORDER**</u>

This cause came on this date to be heard upon the Report and Recommendation **[docket entry 31]** of the United States Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that the Report and Recommendation, recommending that the Plaintiff's Motion for Default Judgment be denied, should be adopted by this Court.

Accordingly,

IT IS, HEREBY ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker **[docket entry 31]** is adopted as the finding in this Court, and the Plaintiff's Motion for Default Judgment is DENIED.

SO ORDERED, this the 24th Day of June, 2015.

                                            /s/ David Bramlette
                                            UNITED STATES DISTRICT JUDGE